UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTURO GARCIA, | ) | No. CV 07-3690 JHN (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| KELLY HARRINGTON, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 16, 2011

_____
JACQUELINE H. NGUYEN
United States District Judge